UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ADONY NINA,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

19-CV-11962 (RJS)

12-CR-0322 (RJS)

ORDER

RICHARD J. SULLIVAN, United States Circuit Judge:

    Petitioner Adony Nina has petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 (the "Petition"). The Court has concluded that the Petition should not be summarily dismissed as being without merit. Accordingly, IT IS HEREBY ORDERED THAT Respondent shall file a notice of appearance by January 24, 2020. Respondent shall file its response to the Petition, along with transcripts of any relevant proceedings not already contained in the record, by March 10, 2020. Petitioner shall file a reply, if any, by April 9, 2020.

    The Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued and to serve a copy of this order, the Petition, and any documents filed in support of the Petition by Certified Mail upon the U.S. Attorney's Office for the Southern District of New York. The Clerk of the Court is further respectfully directed to mail a copy of this order to Petitioner.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    January 10, 2020
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation