USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADONY NINA,

              Petitioner,

-against-

UNITED STATES OF AMERICA,

              Respondent.

UNITED STATES OF AMERICA,

-against-

ADONY NINA,

              Defendant.

19-cv-11962 (RJS)

ORDER

12-cr-0322 (RJS)

RICHARD J. SULLIVAN, United States Circuit Judge:

    Petitioner Adony Nina has petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 (the "Petition"). (Doc. No. 2.[1]) On January 10, 2020, the Court ordered Respondent to file a notice of appearance by January 24, 2020 and a response to the Petition, along with transcripts of any relevant proceedings not already contained in the record, by March 10, 2020. (Doc. No. 5.) It further ordered Petitioner to file a reply, if any, by April 9, 2020. (Doc. No. 5.) On February 19, 2020, the Court received a letter from Petitioner informing the Court that he "arrived at the [Special Management Unit ("SMU")] Program at USP Thompson" and providing an updated address. (Doc. No. 7.) On February 20, 2020, the Clerk of the Court mailed a copy of the Court's January 10 Order to Petitioner's new address.

    The Court is now in receipt of another letter from Petitioner, again informing the Court that he was placed in the "SMU Program" and relocated to Thomson, Illinois, and asserting that he does not have access to his legal papers. (Doc. No. 8.) Petitioner requests that the Court (1) "[e]xtend the motion schedule;" (2) "[g]ive notice to this institution[']s legal department of [Petitioner's] 'Active case' status;" (3) send

---

[1] All citations are to Docket 19-cv-11962.

Petitioner "another Order and pro-se package," and (4) provide him with "a copy of [his] Docket transcripts from the day [he] was sentenced . . . to the most up-to-date action in [his] case." (*Id.*)

Because the deadline for the government to respond to the Petition has not yet expired, IT IS HEREBY ORDERED THAT Petitioner's request for an extension of the motion schedule is DENIED. The parties shall comply with the dates set forth in the Court's January 10 Order. With respect to Petitioner's request that the Court give notice to his institution about the status of the Petition, that request is also DENIED; put simply, it is Petitioner's responsibility to apprise his institution of his legal matters. Additionally, because the Court has been advised that another copy of the January 10 Order, a package of materials for pro se litigants, and a copy of Petitioner's docket sheet have been mailed to Petitioner's new address by the Court Clerk's Office, Petitioner's requests for a "another Order and pro-se package" and a "copy of [his] Docket transcripts" are DENIED as moot.

The Clerk of the Court is further respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:   March 2, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation