June 22nd 2020

To: Court Clerk
From: Adony Nina #66796-054
Dok# 12-CR-0322 (RJS) (criminal case)
Dok# 19-CV-11962 (RJS) (civil case)
RE: "Davis claim"

Honorable Clerk of the Court;

I write this letter because I believe I have a "Davis claim": United States v. Davis, 903 F.3d 483 2018 (5th Circuit). I am charged with 924 c. Better stated, "I was convicted of 924 c. I also have a habeas corpus pursuant to 28 U.S.C 2255 pending in the courts, with an "active" Motion schedule. I have not heard from the courts in some time, which is clearly understandable, due to the Coronavirus pandemic. Can you please look into my claim and may you advise me of how I can go about filing for a "Davis claim", with the courts running the way they are running. Thank you for your time in advance.

Sincerely,
Adony Nina